ANNA STEPHAN, Respondent, v. CHARLES W. DURYEA, INC. Appellant.— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Young,

Kapper and Tompkins, JJ., concur; Scudder, J., dissents and votes for reversal and a new trial.